EAST ORANGE FIRE OFFICERS ASSOCIATION v. CITY
OF EAST ORANGE.

March 31, 1988.

Petition for certification denied.

DALLAS DIETRICH v. STATE OF NEW JERSEY,
DEPARTMENT OF CORRECTIONS.

March 31, 1988.

Petition for certification denied.